**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 02-2049

GLENDORA,

Plaintiff - Appellant,

versus

JOHN M. WALKER; ROSEANN B. MACKECHNE; TYNETTA
HOPE; HELENA M. HARRIS; THOMAS F. HOGAN;
DENISE KELLEY; KEVIN SMITH; JOSEPH N.
ALEXANDER, JR.; COLLEEN KOLLAR-KOTELLY; NANCY
M. MAYER-WHITTINGTON; MARY M. SCHROEDER; CATHY
A. CATTERSON; GWEN BAPTISTE; KAREN MURPHY;
CHIEF CLERK, NASSAU SUPREME COURT; MOTION
CLERK; INTAKE CLERK; JOHN P. D'BLASI; BARRY
SKWIERSKI; GERALD STERN; LEE KIKLIER; ALBERT
LAWRENCE; NEW YORK STATE COMMISSION ON
JUDICIAL CONDUCT; CITY OF NEW YORK; DEPARTMENT
OF FINANCE; COMMISSIONER OF FINANCE; BUREAU OF
PARKING VIOLATIONS,

Defendants - Appellees.

Appeal from the United States District Court for the Southern
District of West Virginia, at Charleston. John T. Copenhaver, Jr.,
District Judge. (CA-02-471)

Submitted: December 16, 2002     Decided: December 19, 2002

Before LUTTIG, MICHAEL, and MOTZ, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Glendora, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Glendora seeks to appeal the district court's order accepting the recommendation of the magistrate judge and denying relief on her 42 U.S.C. §§ 1983, 1985 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal as frivolous on the reasoning of the district court. See Glendora v. Walker, No. CA-02-471 (S.D.W. Va. Aug. 13, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2